Richard J. Reynolds, Esq.
Nevada Bar No. 11864
TURNER, REYNOLDS, GRECO & O'HARA
16485 Laguna Canyon Road, Suite 250
Irvine, California 92618
Telephone:     (949) 474-6900
Facsimile:      (949) 474-6907
E-mail:          rreynolds@trlawyers.com

Michael E. Sullivan, Esq.
Nevada Bar No. 5142
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503
Telephone:     (775) 329-3151
Facsimile:      (775) 329-7941
E-mail:          msullivan@rbsllaw.com

**Attorneys for** Defendant, MTC FINANCIAL INC. dba TRUSTEE CORPS (erroneously sued as MTC FINANCIAL, INC. dba TRUSTEE CORPS)

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| JEFFREY BENKO, a Nevada resident; CAMILO MARTINEZ, a Nevada resident; ANA MARTINEZ, a Nevada resident; FRANK SCINTA, a Nevada resident; JACQUELINE SCINTA, a Nevada resident; SUSAN HJORTH, a Nevada resident; RAYMOND SANSOTA, a Ohio resident; FRANCINE SANSOTA, a Ohio resident; SANDRA KUHN, a Nevada resident; JESUS GOMEZ, a Nevada resident; SILVIA GOMEZ, a Nevada resident; DONNA HERRERA, a Nevada resident; ANTOINETTE GILL, a Nevada resident; JESSE HENNIGAN, a Nevada resident; KIM MOORE, a Nevada resident; THOMAS MOORE, a Nevada resident;<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California Corporation; APPELTON PROPERTIES, LLC, a Nevada Limited Liability Company; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a California Corporation; MERIDIAN FORECLOSURE SERVICE, a California and Nevada Corporation dba MTDS, Inc., dba MERIDIAN TRUST | CASE NO. 2:12-cv-00229-GMN-CHW<br><br>**RESPONSE OF DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS TO ORDER TO SHOW CAUSE RE: DISMISSAL AND DEFENDANT'S MOTION TO DISMISS THIS CASE AS AN INADVERTENT DUPLICATE OF CASE NO. 2:12-cv-00224-RCJ-GWF**<br><br># AND ORDER |

853516.965                                    1
00288091.WPD; 1

| | |
|---|---|
| 1 | DEED SERVICE; NATIONAL DEFAULT SERVICING CORPORATION, a Arizona Corporation; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

**RESPONSE OF DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS TO ORDER TO SHOW CAUSE RE: DISMISSAL AND DEFENDANT'S MOTION TO DISMISS THIS CASE AS AN INADVERTENT DUPLICATE OF CASE NO. 2:12-cv-00224-RCJ-GWF**

Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS (erroneously sued as MTC FINANCIAL, INC. dba TRUSTEE CORPS) ("TRUSTEE CORPS"), by and through its counsel of record, hereby responds to the Court's Minute Order in Chambers Re Order to Show Cause ("OSC") (Doc. No. 8) by asserting its consent to the OSC and moves to dismiss this matter without prejudice on the grounds that this matter is an inadvertent duplicate of Case No. 2:12-cv-00224-RCJ-GWF.

DATED this 21st day of February, 2012.

TURNER, REYNOLDS, GRECO & O'HARA
16485 Laguna Canyon Road, Suite 250
Irvine, California 92618

By: _/s/ Richard J. Reynolds_
RICHARD J. REYNOLDS
Attorneys for Defendant, MTC FINANCIAL INC. dba TRUSTEE CORPS

MICHAEL SULLIVAN
**ROBISON, BELAUSTEGUI, SHARP & LOW**
71 Washington Street
Reno, NV 89503

Attorneys for Defendant, MTC FINANCIAL INC. dba TRUSTEE CORPS

**IT IS SO ORDERED** this 21st day of February, 2012.

_____
Gloria M. Navarro
United States District Judge

853516.965
00288091.WPD;1

2